UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Rhonda Smith and Mark Smith,
Individually and as Guardians of the
Estate of Matthew Smith

 v.          Civil No. 04-cv-101-JD

Janet G. Stilphen

PROCEDURAL ORDER

  The court has reviewed the plaintiffs' assented to motion to approve the settlement (document no. 15) and the unopposed motion filed by plaintiffs' counsel for approval of fees and expenses (document no. 14).  The court has granted the motions and has approved the proposed order.  The parties are ordered to comply with all of the terms and conditions of the motions and the proposed order.  The court retains jurisdiction over the case and the settlement trust in order to enforce the terms and conditions of the motions and the proposed order to the extent that that may be necessary.

  The parties have also filed a joint motion to seal the settlement documents (document no. 16) because there exists a confidentiality agreement between the parties.  Absent extraordinary circumstances, which have not been presented in this case, the court will not seal documents.  In lieu of sealing the documents and in order to preserve the confidentiality

agreement between the parties, the above-mentioned motions (documents no. 14 and 15), the order, and the joint motion to seal (document no. 16) will be returned to counsel for the plaintiffs.

    SO ORDERED.

                                                          _____
                                                          Joseph A. DiClerico, Jr.
                                                          United States District Judge

August 16, 2005

cc:   John P. Fagan, Esquire
       Francis G. Murphy Jr., Esquire